# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-707 PA (AFMx) | Date | September 25, 2018 |
| Title | Rommy Echeverria v. BMW of N. Am., LLC | | |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None   None

**Proceedings:**   IN CHAMBERS - COURT ORDER

Counsel for defendant BMW of North America, LLC ("BMW") sought a continuance of the trial during the hearing on the Motions in Limine on September 17, 2018, as a result of the purported unavailability of BMW's expert witness. BMW's counsel represented to the Court that the likely reason for the unavailability was that the witness was scheduled to testify in a different trial:

>   THE COURT:           Why is he not available?
>   MR. DORENKAMP:    That is not explained. I assume it's because he's in a different trial.
>   THE COURT:           He's in a different trial?
>   MR. DORENKAMP:    Yeah. Your Honor, I assume that he will be testifying – and that's really the only reason why we get these is because they're testifying in a different trial – these conflicts, I mean.
>   THE COURT:           You didn't know that before today?
>   MR. DORENKAMP:    I did not, Your Honor. In fact, I just got this note.
>   THE COURT:           Well, I assume at some point you told BMW as to when this case was going to be tried.
>   MR. DORENKAMP:    Yes, Your Honor, absolutely.
>   THE COURT:           And they are just informing you now that they have a potential conflict?
>   MR. DORENKAMP:    Yes, Your Honor. Because these trials – as the Court probably suspects, there are a lot of these trials, and there are only a finite number of expert witnesses on behalf of BMW, so they get called to other trials often without a whole heck of a lot of notice.

(Sept. 17, 2018 Hr'g Tr. 24:12-25:7.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-707 PA (AFMx) | Date | September 25, 2018 |
|---|---|---|---|
| Title | Rommy Echeverria v. BMW of N. Am., LLC | | |

Despite these representations, at the status conference on September 24, 2018, counsel for BMW informed the Court that the expert is actually not available because BMW arranged for him to attend a training in South Carolina. This training, which was presumably scheduled sometime prior to September 17, 2018, when BMW informed the Court, inaccurately, of the scheduling conflict, does not constitute good cause for a continuance of the trial date. Nor is it apparent from the record that BMW acted diligently to notify the Court of the conflict. Instead, BMW apparently decided that it is more important for the expert witness to attend this training than to testify in this trial and thinks so little of the Court's schedule that it did not even inform the Court of the conflict until just 8 days prior to the scheduled start of the trial. The Court therefore orders BMW to show cause in writing why the Court should not impose an evidentiary sanction precluding the expert witness from testifying at trial, regardless of when the trial commences, so that BMW does not receive the benefit of having obtained a trial continuance under false pretenses and without good cause.

The parties also submitted their additional briefs on the Motion in Limine concerning the applicability of the reasonableness standard to the plaintiff's implied warranty claim several hours after the 12:00 p.m. deadline for them to do so on September 21, 2018. The Court has repeatedly reprimanded counsel for their failures to comply with the Court's orders, the Local Rules, and the Federal Rules of Civil Procedure, and has previously issued orders to show cause why counsel should not be sanctioned. Despite these reprimands and other efforts to prompt counsel to satisfy their obligations to the Court, counsel continue to violate the Court's orders. Counsel are therefore ordered to show cause in writing why they should not be sanctioned in an amount up to $2,000.

The parties responses to these orders to show cause shall be filed by no later than 12:00 p.m. on Thursday, September 27, 2018. Should the parties elect to stipulate to the remand of this action prior to 2:00 p.m. on September 26, 2018, the orders to show cause shall be discharged and no response shall be necessary.

The Court additionally warns the parties that should this action remain pending in this Court, any further violations of the Court's orders, the Local Rules, and the Federal Rules of Civil Procedure may result in the imposition of sanctions, including case terminating sanctions against both parties.

IT IS SO ORDERED.