JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 18-707 PA (AFMx) | Date | October 2, 2018 |
|---|---|---|---|
| Title | Rommy Echeverria v. BMW of North America, LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David N. Barry | Brian Takahashi<br>Stephen J. Kelley |

**Proceedings:**     JURY TRIAL

    Cause called; appearances made. Parties inform the court that they have reached a settlement and request to dismiss the matter with prejudice. The Court hereby dismisses with prejudice the above-entitled action in its entirety. The Court assesses the cost of the jury panel to be $1,000.00 to be split equally among the parties and to be made payable to the United States Treasury. Counsel are ordered to file a declaration of compliance by October 9, 2018.

    IT IS SO ORDERED.

|  | : | 08 |
|---|---|---|
|  | Initials of Deputy Clerk | KSS |